# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, *et al.*

Docket Number:
**07CV6483
JUDGE BUCKLO
MAG. JUDGE BROWN**

V.

J AND R INSTALLATIONS, INC., an
Illinois corporation

TO:  J and R Installations, Inc.
c/o Timothy H. Okal, Registered Agent
7610 W North Avenue
Elmwood Park, IL 60707

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEYS:

Catherine M. Chapman
Beverly P. Alfon
Jennifer L. Dunitz-Geiringer
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS

Michael W. Dobbins, Clerk

(by) Deputy Clerk

NOV 15 2007

Date

State of Illinois

General No.: 07CV6483

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 12/5/2007 at 3:25:00 PM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with J and R Installations, Inc. c/o Timothy H. Okal as shown below:

Served the wihin named J and R Installations, Inc. c/o Timothy H. Okal by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Timothy H. Okal a person authorized to accept service of process as agent.

Said service was effected at 7610 W. North Ave., Elmwood Park, IL 60707

Description of Person Served Sex: Height:  Weight:  Race:  Age:
Additional or Other Information:  M   5'6   180   W   55ish

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

12-7-07
Dated

Leroy Karczewski
117-000192