IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 07 C 6483 |
| J AND R INSTALLATIONS, INC., an Illinois corporation, | ) ) ) ) | JUDGE ELAINE E. BUCKLO |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   Sheldon L. Lebold
   Sheldon L. Lebold & Associates, Ltd.
   16061 S. 94th Avenue
   Orland Hills, IL  60487

YOU ARE HEREBY NOTIFIED that on **Friday**, the **29th** day of **February 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Elaine E. Bucklo, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1441, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Judgment. A copy of said motion is hereby served upon you.

/s/   Beverly P. Alfon

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 14th day of February 2008:

>Sheldon L. Lebold
>Sheldon L. Lebold & Associates, Ltd.
>16061 S. 94th Avenue
>Orland Hills, IL   60487

I further certify that I sent the above-referenced document on or before the hour of 4:00 p.m. this 14th day of February 2008, via facsimile, to:

>Sheldon L. Lebold
>Sheldon L. Lebold & Associates, Ltd.
>16061 S. 94th Avenue
>Orland Hills, IL   60487
>(708) 349-6628

/s/   Beverly P. Alfon

Beverly P. Alfon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6274459
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: balfon@baumsigman.com

I:\265J\J and R\#19673\2007\notice of motion.bpa.df.wpd

## Confirmation Report — Memory Send

Page        : 001
Date & Time : 02-14-08   03:36pm
Line 1      : 3122360241
Machine ID  : Baum Sigman

| | | |
|---|---|---|
| Job number | : | 162 |
| Date | : | 02-14  03:30pm |
| To | : | ☎17083496628 |
| Number of pages | : | 020 |
| Start time | : | 02-14  03:34pm |
| End time | : | 02-14  03:36pm |
| Pages sent | : | 020 |
| Status | : | OK |
| Job number | : 162 | \*\*\* SEND SUCCESSFUL \*\*\* |

# FAX COVER SHEET

February 14, 2008

**TO**
Sheldon L. Lebold

**FAX**
708-349-6628

**SUBJECT**
Sheet Metal Workers Local 265 Welfare Fund, et al. v. J and R Installations, Inc.
Civil Action No. 07 C 6483

**COMMENTS**

**FROM**
Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
TEL 312/236-4316
FAX 312/236-0241

**PAGES**
20, including this cover sheet

**CONFIDENTIALITY NOTICE**

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

**IF YOU DID NOT RECEIVE ALL PAGES, PLEASE CALL OUR OFFICE**