## J & R INSTALLATIONS · 630 333-7384 — December

| LAST NAME | SS # | TOTAL HOURS | National Pension | National Education | Local Pension | Annuity | Health Welfare | Local Education | Industry | Savings | Work Assmt | TOTAL BENEFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0.43 | 0.16 | 4.19 | 4.25 | 6.90 | 0.64 | 0.21 | 0.80 | 0.03 | per man |
| BOLES | | 140.00 | 60.20 | 25.20 | 586.60 | 595.00 | 966.00 | 88.60 | 29.40 | 112.00 | 4.20 | 2468.20 |
| ANAYA | | 146.00 | 62.78 | 26.28 | 611.74 | 620.50 | 1007.40 | 93.44 | 30.66 | 116.80 | 4.38 | 2573.86 |
| DOTSON | | 124.00 | 53.32 | 22.32 | 519.56 | 527.00 | 855.60 | 79.36 | 26.04 | 99.20 | 3.72 | 2186.12 |
| Zielinski | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS | | 410.00 | 176.30 | 73.80 | 1717.90 | 1742.50 | 2829.00 | 262.40 | 86.10 | 328.00 | | 7228.30 |

| LAST NAME | SS # | GROSS WAGES $ | NATNL Benefit $ 0.61 | NATNL Benefit 0.03 | LOCAL BENEFIT $ 17.63 | LOCAL BENEFIT 0.03 | | | |
|---|---|---|---|---|---|---|---|---|---|
| BOLES | | 5111.40 | 153.36 | | 153.87 | | | | |
| ANAYA | | 5330.46 | 159.93 | | 160.44 | | | | |
| DOTSON | | 4527.24 | 135.84 | 0.02 | 136.35 | | | | |
| | | 0.00 | | 0.02 | 0.53 | | | | |
| | | 0.00 | | 0.02 | 0.53 | | | | |
| | | 0.00 | | 0.02 | 0.53 | | | | |
| | | 449.18 | | | 452.25 | | | | |

| TOTAL GROSS WAGES | | ####### |
|---|---|---|
| 1 | Col K | 14968.10 |
| 2 | Col L | 7228.30 |
| 3 | Col K + Col L | 22197.40 |
| 4 | | 0.00 |
| 5 | | 665.92 |