# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Sheet Metal Workers Local 265 Welfare Fund, et al.

                                                Plaintiff,

v.

Case No.: 1:07−cv−06483

Honorable Elaine E. Bucklo

J and R Installations, Inc.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 29, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :The case was called for prove−up hearing on 2/29/2008. Parties failed to appear in court. Prove−up is therefore reset for 3/4/2008 at 09:30 AM. at which time plaintiffs' motion for entry of judgment will also be heard.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.